JAG
F.#2003R02533

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DAVID BERNSTEIN,

    Defendant.

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

<u>UNSEALING ORDER</u>

03 CR 269 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 17 2006 ★
P.M. _____
TIME A.M. _____

    Application having been made on behalf of the UNITED STATES OF AMERICA, by Jeffrey A. Goldberg, Assistant United States Attorney for the Eastern District of New York, for an Order unsealing the above-captioned matter,

    IT IS HEREBY ORDERED that the above-captioned matter is unsealed.

Dated:    Brooklyn, New York
            February 15, 2006

                          /s/ Hon. Carol B. Amon
                          _____
                          CAROL BAGLEY AMON
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK